| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
**Chapter 13 Case No. 17-12070-AMC**

TIMOTHY J. MILLIGAN  
MAURA MILLIGAN  
2225 GAUL STREET  
PHILADELPHIA  PA    19125

Petition Filed Date: 03/27/2017  
341 Hearing Date: 06/02/2017  
Confirmation Date: 11/16/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2019 | $144.00 | 11629397 | 01/10/2019 | $144.00 | 11820034 | 01/15/2019 | $144.00 | 11964685 |
| 01/23/2019 | $144.00 | 12136928 | 01/31/2019 | $144.00 | 12335603 | 02/07/2019 | $144.00 | 12549459 |
| 02/19/2019 | $144.00 | 12737321 | 02/26/2019 | $144.00 | 12939588 | 02/27/2019 | $144.00 | 13079371 |
| 03/08/2019 | $144.00 | 13323450 | 03/18/2019 | $144.00 | 13463345 | 03/19/2019 | $144.00 | 13661679 |
| 03/29/2019 | $144.00 | 13829387 | 04/03/2019 | $144.00 | 14090299 | 04/10/2019 | $144.00 | 14274019 |
| 04/17/2019 | $144.00 | 14445889 | 04/24/2019 | $144.00 | 14669589 | 05/01/2019 | $144.00 | 14839787 |
| 05/07/2019 | $144.00 | 14997225 | 05/14/2019 | $144.00 | 15220620 | 05/22/2019 | $144.00 | 15466704 |
| 05/29/2019 | $144.00 | 15683423 | 06/05/2019 | $144.00 | 15814567 | 06/11/2019 | $144.00 | 16027454 |
| 06/19/2019 | $144.00 | 16198210 | 06/26/2019 | $144.00 | 16468355 | 07/08/2019 | $144.00 | 16701590 |
| 07/10/2019 | $144.00 | 16868211 | 07/18/2019 | $144.00 | 17065807 | 07/24/2019 | $144.00 | 17276010 |
| 08/05/2019 | $144.00 | 17443660 | 08/07/2019 | $144.00 | 17650578 | 08/13/2019 | $144.00 | 17806301 |
| 08/20/2019 | $144.00 | 17996123 | 09/03/2019 | $144.00 | 18202556 | 09/05/2019 | $144.00 | 18365864 |
| 09/12/2019 | $144.00 | 18564165 | 09/19/2019 | $144.00 | 18778814 | 09/26/2019 | $144.00 | 19015655 |
| 10/03/2019 | $144.00 | 19169580 | 10/09/2019 | $144.00 | 19337503 | 10/23/2019 | $144.00 | 19528496 |
| 10/23/2019 | $144.00 | 19730608 | 10/30/2019 | $144.00 | 19882961 | 11/06/2019 | $144.00 | 20104515 |
| 11/14/2019 | $144.00 | 20364302 | 11/20/2019 | $144.00 | 20447746 | 11/27/2019 | $144.00 | 20709228 |
| 12/05/2019 | $144.00 | 20896884 | 12/11/2019 | $144.00 | 21062444 | 12/18/2019 | $144.00 | 21262169 |
| 12/27/2019 | $144.00 | 21478823 | 01/07/2020 | $144.00 | 21629387 | 01/07/2020 | $144.00 | 21852626 |
| 01/15/2020 | $144.00 | 21986126 | 01/22/2020 | $144.00 | 22257173 | 01/30/2020 | $144.00 | 22403842 |
| 02/05/2020 | $144.00 | 22580348 | 02/12/2020 | $144.00 | 22805149 | 02/19/2020 | $144.00 | 22929656 |
| 02/25/2020 | $144.00 | 23182763 | 03/04/2020 | $144.00 | 23321761 | 03/10/2020 | $144.00 | 23558010 |
| 03/18/2020 | $144.00 | 23727560 | 03/25/2020 | $144.00 | 23929516 | 04/01/2020 | $144.00 | 24159435 |
| 04/14/2020 | $144.00 | 24457017 | 04/22/2020 | $144.00 | 24648453 | 04/29/2020 | $144.00 | 24753655 |
| 05/06/2020 | $144.00 | 24907472 | 05/12/2020 | $144.00 | 25029498 | 05/20/2020 | $144.00 | 25159019 |
| 05/27/2020 | $144.00 | 25266074 | 06/05/2020 | $144.00 | 25375297 | 06/11/2020 | $144.00 | 25499586 |
| 06/17/2020 | $144.00 | 25619315 | 06/25/2020 | $144.00 | 25735253 | 07/01/2020 | $144.00 | 25859648 |
| 07/08/2020 | $144.00 | 25928074 | 07/17/2020 | $144.00 | 26087953 | 07/23/2020 | $144.00 | 26156947 |
| 07/29/2020 | $144.00 | 26278057 | 08/06/2020 | $144.00 | 26417875 | 08/12/2020 | $144.00 | 26521990 |

**Total Receipts for the Period:  $12,096.00   Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $24,665.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | CAVALRY INVESTMENTS LLC<br>»»  009 | Unsecured Creditors | $285.13 | $0.00 | $285.13 |

**Chapter 13 Case No. 17-12070-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Creditors | $257.03 | $257.03 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $607.89 | $0.00 | $607.89 |
| 6 | MID AMERICA BANK & TRUST COMPANY<br>»» 006 | Unsecured Creditors | $308.78 | $0.00 | $308.78 |
| 8 | MOMA FUNDING LLC<br>»» 008 | Unsecured Creditors | $600.57 | $0.00 | $600.57 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»» 011 | Secured Creditors | $56.40 | $30.26 | $26.14 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $7,138.86 | $0.00 | $7,138.86 |
| 4 | POLICE & FIRE FCU<br>»» 004 | Unsecured Creditors | $5,456.44 | $0.00 | $5,456.44 |
| 5 | POLICE & FIRE FCU<br>»» 005 | Unsecured Creditors | $5,281.63 | $0.00 | $5,281.63 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 010 | Unsecured Creditors | $2,786.43 | $0.00 | $2,786.43 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»» 002 | Mortgage Arrears | $28,288.29 | $17,116.91 | $11,171.38 |
| 7 | US DEPARTMENT OF EDUCATION<br>»» 007 | Unsecured Creditors | $45,423.92 | $0.00 | $45,423.92 |
| 12 | JOHN L MC CLAIN ESQ<br>»» 012 | Attorney Fees | $4,463.50 | $4,463.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,665.00 | Current Monthly Payment: | $624.00 |
| Paid to Claims: | $21,867.70 | Arrearages: | ($297.00) |
| Paid to Trustee: | $2,145.43 | Total Plan Base: | $36,848.00 |
| Funds on Hand: | $651.87 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.