| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 17-12070-AMC

TIMOTHY J. MILLIGAN
MAURA MILLIGAN
2225 GAUL STREET
PHILADELPHIA  PA   19125

Petition Filed Date: 03/27/2017
341 Hearing Date: 06/02/2017
Confirmation Date: 11/16/2017

Case Status: Open / Unconfirmed

**RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED**

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/07/2020 | $144.00 | 21629387 | 01/07/2020 | $144.00 | 21852626 | 01/15/2020 | $144.00 | 21986126 |
| 01/22/2020 | $144.00 | 22257173 | 01/30/2020 | $144.00 | 22403842 | 02/05/2020 | $144.00 | 22580348 |
| 02/12/2020 | $144.00 | 22805149 | 02/19/2020 | $144.00 | 22929656 | 02/25/2020 | $144.00 | 23182763 |
| 03/04/2020 | $144.00 | 23321761 | 03/10/2020 | $144.00 | 23558010 | 03/18/2020 | $144.00 | 23727560 |
| 03/25/2020 | $144.00 | 23929516 | 04/01/2020 | $144.00 | 24159435 | 04/14/2020 | $144.00 | 24457017 |
| 04/22/2020 | $144.00 | 24648453 | 04/29/2020 | $144.00 | 24753655 | 05/06/2020 | $144.00 | 24907472 |
| 05/12/2020 | $144.00 | 25029498 | 05/20/2020 | $144.00 | 25159019 | 05/27/2020 | $144.00 | 25266074 |
| 06/05/2020 | $144.00 | 25375297 | 06/11/2020 | $144.00 | 25499586 | 06/17/2020 | $144.00 | 25619315 |
| 06/25/2020 | $144.00 | 25735253 | 07/01/2020 | $144.00 | 25859648 | 07/08/2020 | $144.00 | 25928074 |
| 07/17/2020 | $144.00 | 26087953 | 07/23/2020 | $144.00 | 26156947 | 07/29/2020 | $144.00 | 26278057 |
| 08/06/2020 | $144.00 | 26417875 | 08/12/2020 | $144.00 | 26521990 | 08/19/2020 | $144.00 | 26616174 |
| 08/28/2020 | $144.00 | 26722105 | 09/02/2020 | $144.00 | 26828612 | 09/09/2020 | $144.00 | 27003656 |
| 09/16/2020 | $144.00 | 27078455 | 09/25/2020 | $144.00 | 27200190 | 09/30/2020 | $144.00 | 27289699 |
| 10/06/2020 | $144.00 | 27395276 | 10/14/2020 | $144.00 | 27580729 | 10/22/2020 | $144.00 | 27631413 |
| 10/28/2020 | $144.00 | 27742447 | 11/09/2020 | $144.00 | 27881083 | 11/12/2020 | $144.00 | 28003472 |
| 11/24/2020 | $144.00 | 28106882 | 11/30/2020 | $144.00 | 28230070 | 12/04/2020 | $144.00 | 28327086 |
| 12/15/2020 | $144.00 | 28443160 | 12/18/2020 | $144.00 | 28591407 | 12/29/2020 | $144.00 | 28700811 |
| 01/07/2021 | $144.00 | 28863898 | 01/08/2021 | $144.00 | 28964712 | 01/15/2021 | $144.00 | 29047030 |
| 01/25/2021 | $144.00 | 29204854 | 01/27/2021 | $144.00 | 29276677 | 02/05/2021 | $144.00 | 29407132 |
| 02/11/2021 | $144.00 | 29495704 | 02/23/2021 | $144.00 | 29665191 | 03/08/2021 | $144.00 | 29857633 |
| 03/09/2021 | $144.00 | 29718731 | 03/12/2021 | $144.00 | 29986130 | 03/16/2021 | $144.00 | 30105940 |
| 03/25/2021 | $144.00 | 3002155 | 03/31/2021 | $144.00 | 30365333 | 04/12/2021 | $144.00 | 30450980 |
| 04/14/2021 | $144.00 | 30612203 | 04/21/2021 | $144.00 | 30739310 | 04/30/2021 | $144.00 | 30839988 |
| 05/05/2021 | $144.00 | 30944186 | 05/13/2021 | $144.00 | 31086606 | 05/21/2021 | $144.00 | 31232632 |
| 05/26/2021 | $144.00 | 31342066 | 06/03/2021 | $144.00 | 31499304 | 06/09/2021 | $144.00 | 31572731 |

**Total Receipts for the Period: $10,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $30,857.00**

**DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED**

**CLAIMS AND DISTRIBUTIONS**

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 9 | CAVALRY INVESTMENTS LLC<br>»» 009 | Unsecured Creditors | $285.13 | $0.00 | $285.13 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01P | Priority Crediors | $257.03 | $257.03 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)<br>»» 01U | Unsecured Creditors | $607.89 | $0.00 | $607.89 |

**Chapter 13 Case No. 17-12070-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 6 | MID AMERICA BANK & TRUST COMPANY<br>»»  006 | Unsecured Creditors | $308.78 | $0.00 | $308.78 |
| 8 | MOMA FUNDING LLC<br>»»  008 | Unsecured Creditors | $600.57 | $0.00 | $600.57 |
| 11 | CITY OF PHILADELPHIA (LD)<br>»»  011 | Secured Creditors | $56.40 | $46.00 | $10.40 |
| 3 | POLICE & FIRE FCU<br>»»  003 | Unsecured Creditors | $7,138.86 | $0.00 | $7,138.86 |
| 4 | POLICE & FIRE FCU<br>»»  004 | Unsecured Creditors | $5,456.44 | $0.00 | $5,456.44 |
| 5 | POLICE & FIRE FCU<br>»»  005 | Unsecured Creditors | $5,281.63 | $0.00 | $5,281.63 |
| 10 | PORTFOLIO RECOVERY ASSOCIATES<br>»»  010 | Unsecured Creditors | $2,786.43 | $0.00 | $2,786.43 |
| 2 | SPECIALIZED LOAN SERVICING LLC<br>»»  002 | Mortgage Arrears | $28,288.29 | $23,066.64 | $5,221.65 |
| 7 | US DEPARTMENT OF EDUCATION<br>»»  007 | Unsecured Creditors | $45,423.92 | $0.00 | $45,423.92 |
| 12 | JOHN L MC CLAIN ESQ<br>»»  012 | Attorney Fees | $4,463.50 | $4,463.50 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,857.00 | Current Monthly Payment: | $624.00 |
| Paid to Claims: | $27,833.17 | Arrearages: | ($249.00) |
| Paid to Trustee: | $2,635.03 | Total Plan Base: | $36,848.00 |
| Funds on Hand: | $388.80 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.