# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : Chapter 13 |
| Milligan, Timothy J. | |
| Milligan, Maura | : 17-12070 |
| **Debtors** | : |

## CERTIFICATE OF SERVICE

I certify that copies of the **Debtors' Response to the Motion for Relief** was served upon the parties listed below, by mailing such copy by first class, regular U.S. mail, postage prepaid or by electronic means on  June 29, 2021.

      "/s/"Mitchell J. Prince
      John L. McClain, Esquire
      Mitchell J. Prince, Esquire
      Attorneys for debtors

JOHN L. MCCLAIN & ASSOCIATES
ATTORNEYS AT LAW
PO Box 123
Narberth, PA 19072

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
Phone: (215) 627-1322 Fax: (215) 627-7734
Attorneys for Movant/Applicant

Scott Waterman Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606