United States Bankruptcy Court

Eastern District of Pennsylvania

In re:   Case No. 17-12070-amc
Timothy J. Milligan   Chapter 13
Maura Milligan
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy J. Milligan, Maura Milligan, 2225 Gaul Street, Philadelphia, PA 19125-2933 |
| cr | + | SG Mortgage Securities Trust 2006-FRE2,, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | # | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2021 23:26:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 23:25:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jul 28 2021 23:26:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: bnc@atlasacq.com | Jul 28 2021 23:25:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |

TOTAL: 4

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 30, 2021      Signature:      /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 28, 2021 | Form ID: pdf900 | Total Noticed: 7 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:**

**Name**    **Email Address**

JEROME B. BLANK
on behalf of Creditor US Bank National Association  As Trustee For et al. paeb@fedphe.com

JOHN L. MCCLAIN
on behalf of Debtor Timothy J. Milligan aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
on behalf of Joint Debtor Maura Milligan aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  bkgroup@kmllawgroup.com

REBECCA ANN SOLARZ
on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

THOMAS YOUNG.HAE SONG
on behalf of Creditor US Bank National Association  As Trustee For et al. paeb@fedphe.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| Maura Milligan aka Maura Lynn Milligan<br>Timothy J. Milligan<br>                 Debtors | CHAPTER 13 |
| Specialized Loan Servicing LLC as servicer for SG Mortgage Securities Trust 2006-FRE2, Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee<br>                 Movant<br>vs. | NO. 17-12070 AMC<br><br>11 U.S.C. Section 362 |
| Maura Milligan aka Maura Lynn Milligan<br>Timothy J. Milligan<br>                 Debtors<br><br>Scott F. Waterman, Esquire<br>                 Trustee | |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence is **$657.08,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | July 2021 at $1,681.19 |
| Suspense Balance: | ($1,024.11) |
| **Total Post-Petition Arrears** | **$657.08** |

2. The Debtor shall cure said arrearages in the following manner:

    a) On or before July 31, 2021, Debtor(s) shall tender the remainder of July 2021's payment of **$657.08.**

    b) Beginning on August 1, 2021, maintenance of current monthly mortgage payments to the Movant thereafter.

3. Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4. In the event the payments under Section 2 above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5. The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

6. If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

7. If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

8. The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

9. The undersigned seeks court approval of this stipulation.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date: _____     By: */s/ Rebecca A. Solarz, Esquire*
                                             Attorney for Movant


Date: July 23, 2021     /"s"/Mitchell J. Prince. Esquire
                                        John L. McClain, Esquire   /Mitchell J. Prince, Esquire
                                        Attorney for Debtors

Date: _July 26, 2021_                                         /s/ Scott F. Waterman, Esquire
                                                              Scott F. Waterman, Esquire
                                                              Chapter 13 Trustee


Approved by the Court this ____ day of _____, 2021.  However, the court retains discretion regarding entry of any further order.

**Date: July 27, 2021**

                                                              _____
                                                              Bankruptcy Judge
                                                              Ashely M. Chan