B2830 (Form 2830) (04/16)

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### PHILADELPHIA DIVISION

In re  **Timothy J. Milligan**
      **Maura Milligan**

Case No. _____**17-12070**_____

      Debtor

## CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
## DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(a), I certify that:

☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such obligation since then.

☐ I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition and today.

*Part II.  If you checked the second box, you must provide the information below.*

My current address: _____

My current employer and my employer's address: _____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

Pursuant to 11 U.S.C. Section 1328(h), I certify that:

☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that exceeds $160,375* in value in the aggregate.

*Part IV.  Debtor's Signature*

I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my knowledge and belief.

Executed on _____**04/20/2022**_____
              Date

**/s/ Timothy J. Milligan**_____
              Debtor

\* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter with respect to cases commenced on or after the date of adjustment.

B2830 (Form 2830) (04/16)

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION**

In re  **Timothy J. Milligan**                                    Case No. _____**17-12070**_____
 **Maura Milligan**

                    Debtor

**CHAPTER 13 DEBTOR'S CERTIFICATIONS REGARDING
DOMESTIC SUPPORT OBLIGATIONS AND SECTION 522(q)**

*Part I.  Certification Regarding Domestic Support Obligations (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(a), I certify that:

   ☑ I owed no domestic support obligation when I filed my bankruptcy petition, and I have not been required to pay any such
      obligation since then.

   ☐ I am or have been required to pay a domestic support obligation.  I have paid all such amounts that my chapter 13 plan
      required me to pay.  I have also paid all such amounts that became due between the filing of my bankruptcy petition
      and today.

*Part II.  If you checked the second box, you must provide the information below.*

   My current address: _____

   My current employer and my employer's address: _____

*Part III.  Certification Regarding Section 522(q) (check no more than one)*

   Pursuant to 11 U.S.C. Section 1328(h), I certify that:

   ☑ I have not claimed an exemption pursuant to § 522(b)(3) and state or local law (1) in property that I or a dependent of
      mine uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and
      (2) that exceeds $160,375* in value in the aggregate.

   ☐ I have claimed an exemption in property pursuant to § 522(b)(3) and state or local law (1) that I or a dependent of mine
      uses as a residence, claims as a homestead, or acquired as a burial plot, as specified in § 522(p)(1), and (2) that
      exceeds $160,375* in value in the aggregate.

*Part IV.  Debtor's Signature*

   I certify under penalty of perjury that the information provided in these certifications is true and correct to the best of my
   knowledge and belief.

Executed on _____**04/20/2022**_____        **/s/ Maura Milligan**_____
                    Date                                           Debtor

* Amounts are subject to adjustment on 4/01/19 and every 3 years thereafter with respect to cases commenced on or after the
date of adjustment.