Certificate Number: 03088-PAE-DE-036490432

Bankruptcy Case Number: 17-12070


03088-PAE-DE-036490432

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>April 20, 2022</u>, at <u>6:57</u> o'clock <u>PM CDT</u>, <u>Timothy J. Milligan</u> completed a course on personal financial management given <u>by internet</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>April 20, 2022</u>          By:     <u>/s/Tania Roman for Doug Tonne</u>

Name:   <u>Doug Tonne</u>

Title:   <u>Counselor</u>