Certificate Number: 03088-PAE-DE-036490439

Bankruptcy Case Number: 17-12070



03088-PAE-DE-036490439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 20, 2022, at 6:57 o'clock PM CDT, Maura Milligan completed a course on personal financial management given by internet by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 20, 2022                By:    /s/Tania Roman for Doug Tonne

                                    Name:  Doug Tonne

                                    Title: Counselor