United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Timothy J. Milligan  
Maura Milligan  
    Debtors

Case No. 17-12070-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 18, 2022      Form ID: 138OBJ      Total Noticed: 31

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Timothy J. Milligan, Maura Milligan, 2225 Gaul Street, Philadelphia, PA 19125-2933 |
| 13889253 | + | Apex Asset, PO Box 7044, Lancaster, PA 17604-7044 |
| 13889263 | + | John L. McClain and Associates, PO Box 123, Narberth, PA 19072-0123 |
| 13889266 | + | PGW, PO Box 11700, Newark, NJ 07101-4700 |
| 13889267 | + | Phelan, Hallinan & Schmieg, LLP, 1617 JFK Boulevard, Ste 1400, Philadelphia, PA 19103-1814 |
| 13889268 | + | Police And Fire Fcu, 901 Arch St, Philadelphia, PA 19107-2495 |
| 14467557 | + | SG Mortgage Securities Trust 2006-FRE2, Asset Back, c/o REBECCA ANN SOLARZ, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14250736 | + | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13916829 | + | US Bank National Association etal, Wells Fargo Bank, NA, Default Documents Processing, MAC# N9286-01Y, 1000 Blue Gentian Road Eagan, MN 55121-1663 |
| 13947368 | | US DEPARTMENT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 13889274 | + | Wells Fargo Bank, Na, MAC F82535-02F, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 13889254 | | Email/Text: bnc@atlasacq.com | May 18 2022 23:47:00 | Atlas Acquisitions LLC, 294 Union St, Hackensack, NJ 07601 |
| 13889255 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:34 | Capital One, PO Box 85520, Richmond, VA 23285 |
| 13889258 | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Finance Dept-5th Floor, 1401 JFK Boulevard, Philadelphia, PA 19102 |
| 13978405 | | Email/Text: megan.harper@phila.gov | May 18 2022 23:48:00 | City of Philadelphia, Law Department Tax Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 13889256 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 18 2022 23:54:38 | Capital One, Attn: General Correspondence/Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 13968702 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:48:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 13889257 | + | Email/Text: bankruptcy@cavps.com | May 18 2022 23:48:00 | Cavalry SPVI llc, 500 Summit Lake Dr., Ste 400, Valhalla, NY 10595-2321 |
| 13889259 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 18 2022 23:48:00 | Comenitycapital/modell, Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| 13889260 | + | Email/Text: ebnnotifications@creditacceptance.com | May 18 2022 23:47:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 13889261 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 18 2022 23:47:00 | IRS, Fresno, CA 93888-0419 |
| 13889262 | + | Email/Text: amieg@stcol.com | May 18 2022 23:47:00 | Jefferson University Hospital, c/o State Collection Serv. Inc., 2509 S. Stoughton Rd, PO Box 6250, Madison, WI 53716-0250 |
| 13889265 | + | Email/Text: bknotices@totalcardinc.com | May 18 2022 23:48:00 | Mid Amrica Bank & Trust, 5109 S. Broadband Lane, Sioux Falls, SD 57108-2208 |
| 13889270 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:35 | Portfolio Recovery, PO box 41067, Norfolk, VA 23541 |
| 13975502 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:38 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 13889269 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2022 23:54:30 | Portfolio Recovery Assocaites LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 13964840 | | Email/Text: bnc-quantum@quantum3group.com | May 18 2022 23:48:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14250736 | + | Email/Text: bkelectronicnoticecourtmail@computershare.com | May 18 2022 23:47:00 | Specialized Loan Servicing LLC, 6200 S. Quebec Street, Greenwood Village, CO 80111-4720 |
| 13889271 | + | Email/PDF: gecsedi@recoverycorp.com | May 18 2022 23:54:29 | Synchrony Bank/ JC Penneys, Attn: Bankruptcy, PO Box 956060, Orlando, FL 32896-0001 |
| 13889273 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | May 18 2022 23:47:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 13889264 | *+ | Maura Milligan, 2225 Gaul Street, Philadelphia, PA 19125-2933 |
| 13889272 | *+ | Timothy J. Milligan, 2225 Gaul Street, Philadelphia, PA 19125-2933 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 20, 2022         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:

**Name**          **Email Address**

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 138OBJ | Total Noticed: 31 |

JEROME B. BLANK
    on behalf of Creditor US Bank National Association  As Trustee For et al. paeb@fedphe.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Maura Milligan aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Debtor Timothy J. Milligan aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  Asset Backed Certificates, Series 2006-FRE2, U.S. Bank
    National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor US Bank National Association  As Trustee For et al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

_____

In Re: Timothy J. Milligan and Maura Milligan

        Debtor(s)                      Case No: 17−12070−amc

                                                Chapter: 13

_____

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

                  900 Market Street
                      Suite 400
              Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.


For The Court

Timothy B. McGrath
Clerk of Court

Dated: 5/18/22