United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 17-12070-amc
Timothy J. Milligan  Chapter 13
Maura Milligan
    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 21, 2022 | Form ID: 195 | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\##   Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Timothy J. Milligan, Maura Milligan, 2225 Gaul Street, Philadelphia, PA 19125-2933 |
| cr | + SG Mortgage Securities Trust 2006-FRE2, P.O. Box 9013, Addison, TX 75001-9013 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Jun 22 2022 03:30:00 | Atlas Acquisitions LLC, 294 Union St., Hackensack, NJ 07601 |
| cr | + Email/Text: bkelectronicnoticecourtmail@computershare.com | Jun 22 2022 03:30:00 | SG Mortgage Securities Trust 2006-FRE2,, 8742 Lucent Blvd, Suite 300, Highlands Rnach, CO 80129-2386 |
| cr | + Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 22 2022 11:46:27 | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | ##+ | WELLS FARGO BANK, N.A., MAC N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2022          Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2022 at the address(es) listed below:

**Name**  **Email Address**

JEROME B. BLANK
    on behalf of Creditor US Bank National Association  As Trustee For et al. paeb@fedphe.com

JOHN L. MCCLAIN
    on behalf of Debtor Timothy J. Milligan aaamcclain@aol.com  edpabankcourt@aol.com

JOHN L. MCCLAIN
    on behalf of Joint Debtor Maura Milligan aaamcclain@aol.com  edpabankcourt@aol.com

REBECCA ANN SOLARZ
    on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

REBECCA ANN SOLARZ
    on behalf of Creditor SG Mortgage Securities Trust 2006-FRE2  Asset Backed Certificates, Series 2006-FRE2, U.S. Bank National Association, as Trustee bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

THOMAS SONG
    on behalf of Creditor US Bank National Association  As Trustee For et al. tomysong0@gmail.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

In re:                                                     : Chapter 13

Timothy J. Milligan and Maura Milligan        : Case No. 17−12070−amc

    Debtor(s)

***ORDER***
_____

AND NOW, this day , June 21, 2022 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court

75
Form 195